In the Matter of TIMOTHY A. GUDAS, an Attorney, Resignor. [930 NYS2d 171]—

Present—Centra, J.P., Peradotto, Carni, Sconiers and Gorski, JJ. (Filed July 13, 2011.)